UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | |
|---|---|
| LAUREN BOYER,<br><br>Plaintiff(s),<br><br>v.<br><br>THE STEEL COOP, LLC,<br><br>Defendant(s). | Case No. 2:24-cv-00084<br><br>Judge Waverly D. Crenshaw, Jr.<br>Magistrate Judge Alistair E. Newbern |

**JOINT NOTICE OF COLLECTIVE ACTION SETTLEMENT**

Plaintiff, LAUREN BOYER, and Defendant, THE STEEL COOP, LLC, by and through undersigned counsel file this Joint Notice of Collective Action Settlement and advise the Court that the Parties have reached a collective action settlement of claims in this case. The Parties are finalizing the settlement documents and intend to submit all settlement documents for Court review by no later than June 20, 2025.

Respectfully submitted this 17th day of June 2025.

| | |
|---|---|
| **/s/ C. RYAN MORGAN**<br>C. Ryan Morgan, Esq. *(Pro Hac Vice)*<br>FL Bar No.: 0015527<br>MORGAN & MORGAN, P.A.<br>20 N. Orange Ave., 15th Floor<br>Orlando, FL 32802-4979<br>Telephone: (407) 420-1414<br>E-mail: RMorgan@forthepeople.com<br><br>**/s/ JORDAN RICHARDS**<br>Jordan Richards, Esq. *(Pro Hac Vice)*<br>FL Bar No.: 108372<br>USA EMPLOYMENT LAWYERS-<br>JORDAN RICHARDS PLLC<br>1800 SE 10th Ave., Suite 205<br>Fort Lauderdale, FL 33316<br>Telephone: (954) 871-0050<br>E-mail: jordan@jordanrichardspllc.com<br>michael@usaemploymentlawyers.com<br><br>***Counsel for the Plaintiff(s)***<br><br>R. Burke Keaty, II, BPR#027342<br>**MORGAN & MORGAN – NASHVILLE, PLLC**<br>810 Broadway, Suite 105<br>Nashville, TN 37203<br>(615) 514-4205<br>E-mail: bkeaty@forthepeople.com<br>*Local Counsel for the Plaintiffs* | **/S/ HOWARD JACKSON**<br>Howard Jakson, Esq.<br>TN Bar No.:<br>FORD & HARRISON, LLP<br>150 3rd Avenue South, Suite 2010<br>Nashville, TN 37202<br>hjackson@fordharrison.com<br>Telephone: (615) 574-6702<br>Facsimile: (615) 574-6701<br><br>***Attorney for Defendant*** |